UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>    Defendant. | Case No. 16-cv-01745-VC<br><br>**ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 64, 66 |

      Although the amended complaint suggests that that this case was brought on behalf of all non-exempt County employees, the plaintiffs' summary judgment filings appear to concern policies only applicable to the Deputy Sheriffs' Association collective bargaining unit, and perhaps only to safety officers and dispatchers within that unit. *See* Decl. of D. Paul Bird II, Ex. B at 13-14, Dkt. No. 64-3; *compare, e.g.*, Def.'s Cross-Mot. for Summ. J., Ex. 6 at 6, Dkt. No. 66-2 (describing holiday pay policies for the Confidential Bargaining Unit). The plaintiffs are asked to confirm whether this lawsuit now pertains only to members of the Deputy Sheriffs' Association, and to clarify whether the policies or practices they are challenging apply to all members of that bargaining unit. The plaintiffs are also asked to confirm whether they agree that the summary of holiday pay practices included in the Declaration of Holly Gallagher as to the employees currently in this lawsuit is accurate. *See* Def.'s Cross-Mot. for Summ. J., Ex. 1, Dkt. No. 66-2.

      In addition, the parties should address the relevance, if any, of 29 C.F.R. § 778.219 to their arguments for summary judgment.

      Letter briefs on the above issues are due by Wednesday, January 10, 2018 at 10 a.m.

**IT IS SO ORDERED.**

Dated: January 5, 2018

_____
VINCE CHHABRIA
United States District Judge