# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>COUNTY OF COLUSA,<br><br>   Defendant. | Case No. 16-cv-01745-VC<br><br>**ORDER VACATING DEADLINE TO FILE MOTION FOR CONDITIONAL CERTIFICATION**<br><br>Re: Dkt. No. 75 |

Pursuant to the plaintiffs' request, the deadline to file a motion for conditional certification of the collective is vacated. The deadline will be reset, if necessary, in the order ruling on the pending cross-motions for summary judgment.

  **IT IS SO ORDERED.**

Dated: February 16, 2018

                 VINCE CHHABRIA
                 United States District Judge