UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>    Defendant. | Case No. 16-cv-01745-VC<br><br>**ORDER REQUESTING LETTER BRIEFS**<br><br>Re: Dkt. Nos. 64, 66 |

The parties are ordered to submit letter briefs addressing the following question with respect to safety officers and dispatchers within the Deputy Sheriffs' Association: when an employee ceases to work for the County at a time other than June or November, is she paid the portion of the lump sum biannual holiday payments that would have accrued based on the number of holidays that have passed since the previous lump sum payment? In other words, if an employee leaves in mid-September, will she receive the equivalent of eight hours at her regular rate of pay for the Fourth of July and Labor Day?

The parties' letter briefs are due by Friday, February 23, 2018 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 22, 2018

VINCE CHHABRIA
United States District Judge