**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Colleen R. Howard, SBN 257661
Amanda L. Iler, SBN 300268
Kayla K. Cox, SBN 311152
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF COLUSA

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS, CHERI ERDELT, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>Defendant. | CASE NO. 2:16-cv-01745-VGC<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE BY 7 DAYS**<br>AND ORDER |

Plaintiffs MILES LEWIS and CHERI ERDELT ("Plaintiffs") and defendant COUNTY OF COLUSA, by and through their attorneys of record, respectfully submit this joint stipulation and request to continue the case management conference currently set for May 8, 2018 at 2:30 p.m. Good cause exists for the request which is based upon the following recitals:

1. On or about April 3, 2018, this Court issued its Order Granting Plaintiffs' Motion for Partial Summary Judgment; Denying Defendant's Cross-Motion for Summary Judgment. (Docket No. 80.) In its order, the court scheduled a telephonic case management conference on May 8, 2018, at 2:30 p.m.

2. Defense counsel will be traveling out of state on business on May 8, 2018, and will not be available for a case management conference.

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

3. Counsel for plaintiff and defendant met and conferred via telephone conference on April 11, 2018, and pending court approval, agreed to continue the case management conference by one week to May 15, 2018 at 2:30 p.m.

4. Therefore, the Parties stipulate and request that the Court continue the case management conference to May 15, 2018, at 2:30 p.m. No other revisions to the Court's order setting the case management conference is being sought by either party.

Dated: April 11, 2018               PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/ Colleen R. Howard*
     Colleen R. Howard
     Attorney for Defendant

Dated: April 11, 2018               MESSING ADAM & JASMINE

By: */s/ Paul Bird*
     Paul Bird
     Attorney for Plaintiffs

## **ORDER**

Good cause appearing, the Case Management Conference is hereby continued to May 15, 2018, at 2:30 p.m.



IT IS SO ORDERED

Judge Vince Chhabria

{01809010.DOCX}

2

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**