| | |
|---|---|
| 1 | Gary M. Messing, Bar No. 075363 |
| | gary@majlabor.com |
| 2 | D. Paul Bird II, Bar No. 202066 |
| | paul@majlabor.com |
| 3 | MESSING ADAM & JASMINE LLP |
| | Attorneys at Law |
| 4 | 235 Montgomery Street |
| | Suite 828 |
| 5 | San Francisco, California 9410 |
| | Telephone:    415.266.1811 |
| 6 | Facsimile:    415.266.1128 |
| 7 | *Attorneys for Plaintiffs* |
| | *Miles Lewis, et al.* |
| 8 | |
| 9 | **PORTER | SCOTT** |
| 10 | A PROFESSIONAL CORPORATION |
| | Colleen R. Howard, SBN 257661 |
| 11 | Amanda L. Iler, SBN 300268 |
| | Kayla K. Cox, SBN 311152 |
| 12 | 350 University Avenue, Suite 200 |
| | Sacramento, California 95825 |
| 13 | TEL: 916.929.1481 |
| | FAX: 916.927.3706 |
| 14 | |
| 15 | *Attorneys for Defendant* |
| | *COUNTY OF COLUSA* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS and CHERI ERDELT, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA<br><br>Defendant. | Case No. 2:16-CV-01745-VC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR FILING A JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date:             May 15, 2018<br>Time:            2:30 p.m.<br>Courtroom:   4 (17th Floor)<br>Judge:           Vince Chhabria<br>Trial Date:    None set<br>Action Filed: July 25, 2016<br>***Via Telephonic Appearance by Counsel**<br>Dial In #:  **(800) 832-0736**<br>Conference Room Number:  ***7012020#** |

00052241-1 {01822841.DOCX}

**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR FILING A JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND CONTINUE THE CASE MANAGEMENT CONFERENCE**

Defendant COUNTY OF COLUSA and Plaintiffs MILES LEWIS and CHERI ERDELT, hereby stipulate and request that the Court continue the Case Management Conference set for May 15, 2018 and the deadline for filing the corresponding Joint Case Management Conference Statements by one week. Defendants submit that good cause exists for continuing the Conference on the following grounds:

The parties are attempting to engage in meet and confer efforts regarding the CMC statement and discovery in anticipation of the CMC. Due to each party's counsel's schedule conflicts, further time for such discussions are necessary.

**IT IS SO STIPULATED**.

Dated: May 8, 2018                          PORTER SCOTT

By: /S/ Colleen R. Howard
COLLEEN R. HOWARD
Attorneys for Defendants
COUNTY OF COLUSA

Dated: May 8, 2018                          MESSING ADAM & JASMINE LLP

By: /S/ D. PAUL BIRD II
GARY MESSING
D. PAUL BIRD II
Attorneys for Plaintiffs Miles Lewis, Cheri Erdelt, *et al.*

**IT IS SO ORDERED.**

GOOD CAUSE APPEARING, the Case Management Conference is hereby continued until May 22, 2018.

Dated: May 9, 2018                          _____

Hon. VINCE CHHABRIA
United States District Judge

00052241-1 {01822841.DOCX}     2

**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR FILING A JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND CONTINUE THE CASE MANAGEMENT CONFERENCE**