UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>    Defendant. | Case No. 2:16-cv-01745 VC (DMR)<br>Eastern District of California, Sacramento<br><br>**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference is CONTINUED to **September 6, 2018 at 11:00 am,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendar - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) on the Friday prior to the scheduled settlement conference.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated May 30, 2018. See Docket Entry 87.

**IT IS SO ORDERED.**

Dated: July 2, 2018

_____
Donna M. Ryu
United States Magistrate Judge