UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>        Defendant. | Case No. 16-cv-01745-VC<br><br>**ORDER RE MOTION FOR ORDER DETERMINING APPROPRIATE TIME PERIOD**<br><br>Re: Dkt. No. 90 |

Having further considered the parties' submissions, and particularly in light of the way employees receive holiday in-lieu pay upon separation, as a matter of law the holiday in-lieu payments need only be included in the regular rate of pay for the weeks in which a holiday occurred. *Cf.* 29 C.F.R. § 778.209.

**IT IS SO ORDERED.**

Dated: July 26, 2018

VINCE CHHABRIA
United States District Judge