UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNT OF COLUSA,<br><br>    Defendant. | Case No. 2:16-cv-01745-VC<br><br>**ORDER RE PRODUCTION OF TRANSCRIPT** |

On July 26, 2018, a hearing was held in the above-entitled action. Production of a transcript of the FTR recorded matter from 10:01 – 10:08 & 10:48 – 11:45 for the court is necessary for the resolution of this matter.

Accordingly, the transcript of this proceeding is to be prepared on the following basis:

  (X) Ordinary (within 30 days @ $3.65 per page).

  ( ) 14-Day (within 14 days @ $4.25 per page).

  ( ) Expedited (within 7 days @ $4.85 per page).

  ( ) Daily (overnight @ $6.05 per page).

  ( ) Hourly (within 2 hrs @ $7.25 per page).

Therefore, the Clerk is directed to pay the reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

  **IT IS SO ORDERED.**

Dated: July 27, 2018

_____
VINCE CHHABRIA
United States District Judge