UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF COLUSA,<br><br>        Defendant. | Case No. 16-cv-01745-EDL (VC)<br><br>**ORDER WITHDRAWING ORDER RE PRODUCTION OF TRANSCRIPT**<br><br>Re: Dkt. No. 98 |

The Court withdraws the Order re Production of Transcript at docket number 98.

**IT IS SO ORDERED.**

Dated: July 30, 2018

_____
VINCE CHHABRIA
United States District Judge