UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF COLUSA,<br><br>        Defendant. | Case No. 2:16-cv-01745-VC<br><br>**ORDER TO VACATE UPCOMING APPEARANCES AND DEADLINES** |

In light of the parties' agreement to settle, all appearances and deadlines presently scheduled are vacated pending submission of a motion for settlement approval. The parties are ordered to appear for a telephonic case management conference on Tuesday, October 16, 2018, at 2:30 PM. Plaintiffs shall provide the Court and all other parties a conference line and applicable access code to use during the hearing no later than three court days prior to the case management conference by way of email to the Court (vccrd@cand.uscourts.gov) with a cc to opposing counsel.

    **IT IS SO ORDERED.**

Dated: September 7, 2018

                                                      VINCE CHHABRIA<br>
                                                    United States District Judge