UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>        Defendant. | Case No. 2:16-cv-01745-VC<br><br>**ORDER VACATING CMC** |

In response to the parties' request for a continuance, the case management conference scheduled for October 16, 2018, is vacated. If the parties have not yet submitted a motion for settlement approval by October 29, 2018, the parties are directed to appear for a telephonic case management conference on October 30, 2018, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: October 15, 2018

_____
VINCE CHHABRIA
United States District Judge