Gary M. Messing, Bar No. 75363
  gary@majlabor.com
Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
Yonatan Moskowitz, Bar No. 306717
  yonatan@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:    916.446.5297
Facsimile:    916.448.5047

Attorneys for Plaintiffs MILES LEWIS,
CHERI ERDELT, *et al.*

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Colleen R. Howard, Bar No. 257661
Kayla K. Cox, Bar No. 311152
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone:    916.929.1481
Facsimile:    916.927.3706

Attorneys for Defendants COUNTY OF COLUSA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS and CHERI ERDELT on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>Defendant. | Case No. 2:16-CV-01745-VC<br><br>***REVISED* [PROPOSED] MODIFIED ORDER FOR APPROVAL OF FLSA SETTLEMENT AND ADMINISTRATION**<br><br>*Assigned for All Purposes to The Honorable Vince Chhabria, Courtroom 4, Northern District, San Francisco* |

## [PROPOSED] ORDER

The Court carefully reviewed the Notice of Motion and Joint Motion for Order to Approve FLSA Settlement and Dismiss Matter with Prejudice ("Motion") and proposed Order, the Settlement Agreement, and relevant Exhibits.

Based upon a review of the record, and good cause appearing,

00062546-3                                                                 1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows;

1. The Stipulation of Settlement and Release of Claims, which is attached to the Declaration of Gary M. Messing (Exhibit 1) is incorporated herein by reference, and is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform their obligations under the Stipulation Agreement in accordance with its terms, provided, however, that the Total Settlement Amount is most accurately described as an amount made available to members of the class up to $67,261.17 ($44,840.78 in back pay and $22,420.39 based on 50% liquidated damages), plus $100,000 for attorneys' fees and $12,809 for costs, for a total possible Settlement Amount of up to $180,070.17;

2. The Court appoints Plaintiffs' counsel (Yonatan Moskowitz) as collective-action counsel;

3. The Court conditionally certifies the class as "the County's current and former employees who served as Safety Officers and Dispatchers within the Deputy Sheriffs' Association Collective Bargaining Unit; who held the job title of Correctional Corporal, Correctional Officer, Deputy Sheriff, Dispatcher, Dispatcher Supervisor, or Sergeant; and who worked overtime during a week in which a Holiday occurred within the Putative Collective-Action Period";

4. The Notice of Collective Action Settlement Claim Form and FLSA Consent to Join Form (Revised) to be sent to all Plaintiffs and Putative Collective-Action Members, attached as Revised Exhibit B and Exhibit A to the Stipulation Agreement and incorporated herein by reference, is approved;

5. The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

6. The Court has made no findings or determination regarding the law, and this Motion and any Exhibits and any of the other documents or written materials prepared in conjunction with this Motion and Order shall not constitute evidence of, or any admission of, any violation of the law;

7. The Court approves the claims procedure set forth in section 7 of the Stipulation Agreement, except that the Court will withhold 20% of the attorneys' fees until ~~final approval is~~

1  ~~granted~~ after a Post-Distribution Accounting has been filed <ins>and the Court has authorized the</ins>
2  <ins>release of the remainder of the fee award. The Post-Distribution Accounting should be filed</ins> within
3  21 days of the distribution of the settlement funds, ~~which~~ <ins>and should detail</ins> ~~will include~~
4  ~~information on~~ the number of people who opted in to the settlement and were thus sent payments,
5  when payments were made to ~~class~~ <ins>those collective-action</ins> members, ~~the number of members who~~
6  ~~were sent payments,~~ the total amount of money paid out to members, the average and median
7  recovery per ~~class~~ member, the largest and smallest amount paid to ~~class~~ members, the number
8  and value of cashed and uncashed checks, the number of members who could not be contacted, ~~the~~
9  ~~number of objections and opt-outs,~~ any significant or recurring concerns communicated by
10 members to the <ins>County or to plaintiffs' counsel</ins> ~~settlement administrator and counsel~~ since final
11 approval, any other issues in settlement administration since final approval, and how any concerns
12 or issues were resolved. <ins>With the Post-Distribution Accounting, the parties should file a proposed</ins>
13 <ins>order authorizing release of the remainder of the fee award.</ins>

**IT IS SO ORDERED.**

Dated: December 13, 2018

_____
**HON. VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**