Gary M. Messing, Bar No. 75363
  gary@majlabor.com
Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
Monique Alonso, Bar No. 127078
  monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone: 916.446.5297
Facsimile: 916.448.5047

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS and CHERI ERDELT on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>Defendant. | Case No. 2:16-CV-01745-VGC<br><br>**REQUEST AND [~~PROPOSED~~] ORDER TO CHANGE COLLECTIVE ACTION COUNSEL AT MESSING ADAM & JASMINE FOR ADMINISTRATION OF FLSA SETTLEMENT**<br><br>*Assigned for All Purposes to The Honorable Vince Chhabria, Courtroom 4, Northern District, San Francisco* |

Plaintiffs submit this Request and [Proposed] Order to Change Collective Action Counsel at Messing Adam & Jasmine from attorney Yonatan Moskowitz to attorney Monique Alonso.

Yonatan Moskowitz will be leaving Messing Adam & Jasmine in January. Pursuant to Revised Modified Order for Approval of FLSA Settlement and Administration [Dkt #119], incorporating the Stipulation of Settlement and Release of Claims [Dkt #112-1], plaintiffs have 45 days from the date of the December 13, 2018 Order, which is January 28, 2019, to mail the Settlement Packet to all Putative Collective-Action Members.

Yonatan Moskowitz is currently designated as collective-action counsel in the Notice of

00063983-2

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

REQUEST AND [PROPOSED] ORDER TO CHANGE COLLECTIVE ACTION COUNSEL AT MESSING ADAM
& JASMINE FOR ADMINISTRATION OF FLSA SETTLEMENT

Collective Action Settlement Claim Form (Revised) and FLSA Consent to Join Form, Revised Exhibit B and Exhibit A to the Stipulation, that are part of the Settlement Packet.

Therefore, Plaintiffs respectfully request that the name (and contact information) of collective-action counsel in the Notice of Collective Action Settlement Claim Form (Revised) and FLSA Consent to Join Form, be changed from Yonatan Moskowitz to Monique Alonso so as to avoid any confusion to the collective-action members who will be receiving the settlement packets.

Defendant County of Colusa has been informed of, and does not object to, this request.

Dated: January 2, 2019                    MESSING ADAM & JASMINE LLP

By  */s/ Gary M. Messing*
Gary M. Messing
Jason H Jasmine
Yonatan L. Moskowitz
Attorneys for Plaintiffs MILES LEWIS, CHERI ERDELT, *et al.*

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

00063983-2

2

REQUEST AND [PROPOSED] ORDER TO CHANGE COLLECTIVE ACTION COUNSEL AT MESSING ADAM & JASMINE FOR ADMINISTRATION OF FLSA SETTLEMENT

# [~~PROPOSED~~] ORDER

The Court approves replacing attorney Yonatan Moskowitz with attorney Monique Alonso as collective-action counsel at Messing Adam & Jasmine, and orders that Plaintiffs make conforming changes to the Notice of Collective Action Settlement Claim Form (Revised) and FLSA Consent to Join Form that are to be sent to all Plaintiffs and Putative Collective-Action Members per the Revised Modified Order for Approval of FLSA Settlement and Administration [Dkt. # 119].

**IT IS SO ORDERED.**

Dated: January 10, 2019

**HON. VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

00063983-2

3

REQUEST AND [PROPOSED] ORDER TO CHANGE COLLECTIVE ACTION COUNSEL AT MESSING ADAM & JASMINE FOR ADMINISTRATION OF FLSA SETTLEMENT