UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>        Defendant. | Case No. 2:16-cv-01745-VC<br><br>**ORDER RE JOINT STATUS REPORT**<br><br>Re: Dkt. No. 124 |

By May 17, 2019, the parties are directed to file (1) an explanation for what they plan to do with any ultimately uncashed checks; and (2) an explanation for why the plaintiffs Janice Bell, Irma Cull, Paul Rainsbarger, Jamie Sachs, Kristen Simmons, and Paul Spencer were deemed to fall outside of the collective action. *See* Dkt. No. 123.

**IT IS SO ORDERED.**

Dated: May 10, 2019

_____
VINCE CHHABRIA
United States District Judge