1 | Gary M. Messing, Bar No. 75363
gary@majlabor.com
2 | Jason H Jasmine, Bar No. 215757
jason@majlabor.com
3 | Monique Alonso, Bar No. 127078
monique@majlabor.com
4 | **MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
5 | Sacramento, California 95814
Telephone: 916.446.5297
6 | Facsimile: 916.448.5047

7 | Attorneys for Plaintiffs
MILES LEWIS, CHERI ERDELT, *et al.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES LEWIS and CHERI ERDELT on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF COLUSA,<br><br>Defendant. | Case No. 2:16-CV-01745-VC<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION; [~~PROPOSED~~] ORDER**<br><br>*Assigned for All Purposes to The Honorable Vince Chhabria, Courtroom 4, Northern District, San Francisco* |

The parties having complied with the terms of the Stipulation of Settlement and Release of all Claims [Dkt #112-1], pursuant to the *Revised* Modified Order for Approval of FLSA Settlement and Administration [Dkt #119], hereby request that this court issue an Order dismissing the entire action with prejudice.

Dated: July 2, 2019                MESSING ADAM & JASMINE LLP

By    */s/ Monique Alonso*
      Gary M. Messing
      Monique Alonso
      Attorneys for Plaintiffs
      MILES LEWIS and CHERI ERDELT, *et al.*

Dated: July 2, 2019　　　　　　　　　　PORTER | SCOTT

By　　*/s/ Colleen R. Howard*
　　　Colleen R. Howard
　　　Attorneys for Defendant COUNTY OF COLUSA

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the above captioned action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: ___July 10_____, 2019

**HON. VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**